# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

Atain Specialty Insurance Co.

                                  v.                    1:20-cv-208-MSM

Asad Ali LLC , et a;

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Judgment is hereby entered pursuant to this Court's Order of February 11, 2022.

<u>It is so ordered</u>.

February 11 ,2022                By the Court:

                                            <u>/s/ Hanorah Tyer-Witek</u>
                                            Clerk of Court