UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) vs. ) ) ASAD ALI LLC, ELLEN DEGNAN, ) A1 PETROLEUM LLC and SWAIBAH HASSAN ) LLC ) ) Defendants. ) | C.A. NO.: 20-cv-208<br><br>Electronically Filed |

**FINAL JUDGMENT**

The court having granted Atain Specialty Insurance Company's Motion for Summary Judgment [#29], it is hereby ORDERED, ADJUDGED, AND DECREED:

The Plaintiff Atain Specialty Insurance Company has no obligation to defend and indemnify Asad Ali LLC, or any other party, in the Providence Superior Court matter captioned: <u>Ellen Degnan v. Asad Ali, LLC, et. al.</u>, Civil Action No.: PC-2020-01814.

By the Court:

/S/ Hanorah Tyer-Wilek
Clerk of Court

March  21, 2022